# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BERNARD STERN, Derivatively on Behalf of Nominal Defendant Quest Diagnostics Incorporated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN C. BALDWIN, et al.**<br><br>**Defendants,**<br><br>**QUEST DIAGNOSTICS INCORPORATED, Nominal Defendant,**<br><br>**Nominal Defendant.** | Civil No. 09-4167 (WJM)<br><br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendants' Objections to the Report and Recommendations issued by Magistrate Judge Mark Falk on January 7, 2010; and Judge Falk having recommended that Plaintiff's motion to remand be granted and request for fees be denied; and the Court having reviewed the Report and Recommendation *de novo*; and for the reasons set forth in the accompanying Letter Opinion; and for good cause appearing,

**IT IS** on this 24th day of March 2010, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED** and Plaintiff's request for fees is **DENIED**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**